UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDALL BURTON,<br><br>                Plaintiff,<br><br>     v.<br><br>JIMENEZ, et al.,<br><br>                Defendants. | No. 2:19-1461 JAM AC P<br><br><br>ORDER |
| KENDALL BURTON,<br><br>                Plaintiff,<br><br>     v.<br><br>JAMES, et al.,<br><br>                Defendants. | No. 2:21-cv-0889 AC P<br><br><br>ORDER |

On March 7, 2022, a settlement conference was held in Burton v. Jimenez, No. 19-cv-1461 JAM AC P ("Burton I"). A settlement was reached that included that case and Burton v. James, No. 2:21-cv-0889 AC P ("Burton II"). Burton I, ECF No. 42; Burton II, ECF No. 8. The settlement judge ordered that dispositional documents be filed in both cases within thirty days.

1

Id.  The parties filed a stipulation for dismissal of Burton I, and that case has been closed.  Burton I, ECF Nos. 47, 48.  No dispositional documents were filed in Burton II.

Plaintiff is advised that is it his responsibility to file a Notice of Voluntary Dismissal in Burton II.  The lawyer who represented plaintiff in the other case did not represent him in Burton II and therefore cannot file paperwork in that case.  Because no defendant had appeared in Burton II before settlement, a stipulation for dismissal is not needed and the Deputy Attorney General who participated in the settlement conference has no ability to file anything in the case.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, plaintiff shall file a notice of voluntary dismissal with prejudice in Burton v. James, No. 21-cv-0889.

DATED: May 23, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2